NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**POWER ANALYTICS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**OPERATION TECHNOLOGY INC, DBA ETAP, SCHNEIDER ELECTRIC USA, INC.,**
*Defendants-Appellees*

**OSISOFT, LLC,**
*Defendant*

_____

2018-1428

_____

Appeal from the United States District Court for the Central District of California in No. 8:16-cv-01955-JAK-FFM, Judge John A. Kronstadt.

_____

**JUDGMENT**

_____

ROBERT F. RUYAK, RuyakCherian LLP, Washington, DC, argued for plaintiff-appellant. Also represented by AMADOU KILKENNY DIAW; KORULA T. CHERIAN, Berkeley, CA; JERROLD GANZFRIED, Ganzfried Law, Washington, DC.

JOHN D. VANDENBERG, Klarquist Sparkman, LLP, Portland, OR, argued for all defendants-appellees. Defendant-appellee Operation Technology, Inc. also represented by SARAH ELISABETH JELSEMA, SALUMEH R. LOESCH.

REGINALD J. HILL, Jenner & Block LLP, Chicago, IL, for defendant-appellee Schneider Electric USA, Inc. Also represented by BENJAMIN J. BRADFORD, LISA MARIE SCHOEDEL; ADAM G. UNIKOWSKY, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2019          /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                     Clerk of Court